1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   J. DOUGLAS WILSON (DCBN 412811)
3  Chief, Criminal Division

4  W.S. WILSON LEUNG (CABN 190939)
   Assistant United States Attorney
5
       450 Golden Gate Avenue, Box 36055
6      San Francisco, California 94102-3495
       Telephone: (415) 436-6758
7      FAX: (415) 436-6753
       wilson.leung@usdoj.gov
8
   Attorneys for the United States of America
9

FILED
DEC 9 2013
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

10                 UNITED STATES DISTRICT COURT

11                NORTHERN DISTRICT OF CALIFORNIA

12                    SAN FRANCISCO DIVISION

13
   UNITED STATES OF AMERICA      )   CASE NO. 3-13-70883-NC
14                               )
       v.                        )
15                               )   STIPULATION AND [PROPOSED] ORDER
   JEFFREY HAWKINS,              )
16                               )
       Defendant.                )   Date: December 9, 2013
17                               )   Time: 9:30 am
                                 )   Court: Hon. Maria-Elena James
18 _____ )

19

20     The Government respectfully submits this Stipulation and Proposed Order on behalf of the

21 parties to request that the December 9, 2013, preliminary hearing date be continued until January 10,

22 2014, to allow the defendant the opportunity to seek resolution of this matter prior to the filing of formal

23 charges as well as to accommodate the defendant's schedule. The parties hereby stipulate and agree

24 that:

25     1.     The defendant, Jeffrey Hawkins, was charged in a Criminal Complaint dated August 5,

26 2013, with interfering with an airplane flight crew, in violation of Title 49, United States Code, Section

27 46504. The defendant made his initial appearance before the Honorable Nathanael Cousins on August

28 14, 2013, and was released on a $10,000 unsecured bond. Magistrate Judge Cousins set September 18,

2013, as the preliminary hearing/arraignment date.

2. Michael Paez, Esq., counsel for the defendant, requested an opportunity to prepare a formal submission to the Government proposing resolution of this matter prior to the filing of formal charges. Accordingly, the parties jointly requested, and the Court granted, a continuance of the preliminary hearing until September 18, 2013.

3. Mr. Paez has submitted a formal proposal to the Government, and the Government is now in the process of considering it. However, the Government requires additional time to consider this proposal, which will require coordinating with Pretrial Services in the Northern District of California and/or in the Southern District of New York, where the defendant works, and the Eastern District of New York, to where the defendant recently moved. Accordingly, the parties respectfully request that the December 9, 2013 preliminary hearing be continued until January 10, 2014. Should this request be granted, the parties submit that time should be properly excluded in the interests of justice and to ensure the effective assistance of counsel under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), and Fed. R. Crim. P. 5.1.

SO STIPULATED.

DATED: December 9, 2013                MELINDA HAAG
                                       United States Attorney

                                       By: /s/
                                       W.S. WILSON LEUNG
                                       Assistant United States Attorney


DATED: December 9, 2013                /s/
                                       MICHAEL PAEZ, ESQ.
                                       Counsel for defendant Jeffrey Hawkins

//

1     FOR THE FOREGOING REASONS, IT IS HEREBY ORDERED THAT the December 9, 2013
2 preliminary hearing/arraignment for the above-captioned matter is continued until January 10, 2014, and
3 time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), and Fed. R. Crim. P. 5.1 is excluded until
4 January 10, 2014. The Court finds that good cause is shown for extending the time limits set forth in
5 Federal Rule of Criminal Procedure 5.1(c), and, further, concludes that the extension is proper under
6 Rule 5.1(d) and Title 18, United States Code, Sections 3060 and 3161. The Court finds that the ends of
7 justice served by granting the requested extension outweigh the best interests of the public and the
8 defendant in a speedy trial and in the prompt disposition of criminal cases. The Court also concludes
9 that an exclusion of time through and including January 10, 2014, should be made under Title 18, United
10 States Code, Sections 3161(h)(7)(A) and 3161(h)(7)(B)(iv). The Court also finds that the ends of justice
11 served by an exclusion of time through and including January 10, 2014, outweigh the best interest of the
12 public and the defendant in a speedy trial. Id. § 3161(h)(7)(A).

14 DATED: December 9, 2013

                                  HON. MARIA-ELENA JAMES
                                  Chief United States Magistrate Judge